**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
WER, COLO.

MAY - 9 2006

Civil Action No. **06 - CV - 00870** - *BNB*

C. LANGHAM
CLERK

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

VIRGIL L. ANDERSON, III,

      Plaintiff,

v.

WILLIAM ZALMAN,
ASSOCIATE WARDEN HARLAN,
DENISE LOGAN,
WARDEN TONY CAROCHI,
MAJOR BRUNELL,
MAJOR LORI McGOWEN,
CAPTIAN [sic] KEN JOHNSAN,
CAPTAIN GUY EDMONDS,
CASE MANAGER CATHY PFALZGRAFF,
SGT. BUCK TURNER,
JOSEPH ORTIZ, and
TONY PHILPOT,

      Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

      Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint.  The court has determined that

the documents are deficient as described in this order.  Notwithstanding the

deficiencies, the clerk of the court will be directed to commence a civil action.  Plaintiff

will be directed to cure the following if he wishes to pursue his claims.  Any papers

which the Plaintiff files in response to this order must include the civil action number on

this order.

## 28 U.S.C. § 1915 Motion and Affidavit:

(1)  ___  is not submitted
(2)  ___  is missing affidavit
(3)  _X_  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  ___  is missing required financial information
(5)  _X_  is missing an original signature by the prisoner
(6)  ___  is not on proper form (must use the court's current form)
(7)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(8)  ___  An original and a copy have not been received by the court. Only an original has been received.
(9)  ___  other _____

## Complaint, Petition or Application:

(10)  ___  is not submitted
(11)  ___  is not on proper form (must use the court's current form)
(12)  ___  is missing an original signature by the prisoner
(13)  ___  is missing page nos. ___
(14)  ___  uses et al. instead of listing all parties in caption
(15)  ___  An original and a copy have not been received by the court.  Only an original has been received.
(16)  ___  Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)  ___  names in caption do not match names in text
(18)  ___  other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers which the Plaintiff

files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following form: Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _5TH_ day of _May_ _____, 2006.

BY THE COURT:


_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   **06 - CV - 00870** - BNB

Virgil L. Anderson, III
Prisoner No. 54028
Buena Vista Minimum Center
PO Box 2005
Buena Vista, CO 81211

    I hereby certify that I have mailed a copy of the **ORDER and two copies of
Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**
to the above-named individuals on _6-9-06_

GREGORY C. LANGHAM, CLERK

By: _____
             Deputy Clerk