IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00870-ZLW

VIRGIL L. ANDERSON III,

    Plaintiff,

v.

WILLIAM ZALMAN,
ASSOCIATE WARDEN HARLAN,
MAJOR LORI MCGOWAN,
MAJOR TONY PHILPOT,
CAPTAIN KEN JOHNSON,
CAPTAIN GUY EDMONDS, and
CASE MANAGER CATHY PHALZGRAFF,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 29 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on Plaintiff's request filed on August 28, 2006, to amend the complaint to add an additional defendant. In an order filed on August 4, 2006, the amended complaint and the instant action were dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) as legally frivolous. Therefore, the August 28 request is DENIED as moot.

Dated: August 29, 2006

Copies of this Minute Order mailed on August 29, 2006, to the following:

Virgil L. Anderson, III
Prisoner No. 54028
Buena Vista Corr. Facility
PO Box 2005
Buena Vista, CO 81211

                                                Secretary/Deputy Clerk